UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| NOSA IMASUEN | \* |
| CARILLA R. IMASUEN | \* |
|    Plaintiffs | \* |
| | \* |
| v. | \* |
| | \* |
| MIDLAND MORTGAGE, a division of | \* |
| Midfirst Bank | \* |
| GMAC MORTGAGE | \* |
| GINNIE MAE | \*    Case number: 3:15-cv-00463-JCH |
| | \* |
| | \* |
| | \* |
| | \* |
| | \*    June 3, 2015 |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE

The pro-se plaintiffs Nosa Imasuen and Carilla Imasuen and the defendant MidFirst Bank, erroneously named as Midland Mortgage, having reached a settlement in the above-referenced matter and the defendants GMAC Mortgage, LLC and Ginnie Mae wishing to join in a stipulation seeking a dismissal with prejudice of the above-referenced action, all parties hereby stipulate that a dismissal with prejudice may enter pursuant to

F.R.C.P. 41(a)(1)(A)(ii).

THE DEFENDANT
MIDFIRST BANK

_____
John P. Fahey ct07126
Witherspoon Law Offices
790 Farmington Avenue
Farmington, CT 06032
Telephone: (860) 676-9988
Fax: (860) 676-1360
Email: jfahey@witherspoon-law.com

_____
Nosa Imasuen
6 Troy Avenue
Groton, CT 06340

_____
Carilla Imasuen
6 Troy Avenue
Groton, CT 06340

GMAC MORTGAGE, LLC

*[signature]*

Shawn Smith ct28340
McCarter & English, LLP
185 Asylum Street
Cityplace I, 36th Flr.
Hartford, CT 06103-3495
Telephone: (860) 275-6794
Fax: (860) 724-3397
Email: shsmith@mccarter.com

GINNIE MAE

Julie G. Turbert
U.S. Attorney's Office-NH
157 Church Street, 25th floor
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Julie.Turbert@usdoj.gov

GMAC MORTGAGE, LLC


Shawn Smith ct28340
McCarter & English, LLP
185 Asylum Street
Cityplace I, 36th Flr.
Hartford, CT 06103-3495
Telephone: (860) 275-6794
Fax: (860) 724-3397
Email: shsmith@mccarter.com


GINNIE MAE


Julie G. Turbert
U.S. Attorney's Office-NH
157 Church Street, 25th floor
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Julie.Turbert@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2015, a copy of the foregoing Stipulated Voluntary Dismissal with Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System. Notice by mail was sent to:

Nosa Imasuen
6 Troy Avenue
Groton, CT 06340

Carilla Imasuen
6 Troy Avenue
Groton, CT 06340

BY_____
John P. Fahey ct07126
Witherspoon Law Offices
790 Farmington Avenue
Farmington, CT 06032
Telephone: (860) 676-9988
Fax: (860) 676-1360
Email: jfahey@witherspoon-law.com